UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JOHN ROBERT LOGAN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 1:24-cv-113 |
| v. | ) | |
| | ) | Judge Atchley |
| THE PAUL REVERE LIFE INSURANCE | ) | |
| COMPANY, and UNUM GROUP CORP., | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants.* | ) | |

## JUDGMENT

For the reasons set forth in the accompanying memorandum opinion, the Court **GRANTS** Plaintiff John Robert Logan's Motion for Judgment on the ERISA Record [Doc. 25]. It is **ORDERED** that Plaintiff's long-term disability benefits are reinstated retroactive to March 12, 2021, through the date of this judgment. There being no more matters to resolve, the Clerk is **DIRECTED** to close the case.

SO ORDERED

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT